MN, ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Edward John Devaan

Chapter 7 Case No. 08-44113

Please Check One:

\_\_\_\_\_ Unclaimed Dividends

\_\_✓\_\_ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PYOD LLC its successors & assigns as assignee of Citibank Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | 2 | 267.56 | 4.30 |
| Capital Recovery IL<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 8 | 163.24 | 2.62 |

Dated: April __/2010

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\DeVaan\Unclaimed Dividends Distribution Less than $5.wpd